# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   MICHAEL RICHARDSON                               Case No.: 10-33780

        Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 07/29/2010.

2) This case was confirmed on 09/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/06/2010.

5) The case was dismissed on 04/04/2011.

6) Number of months from filing to the last payment:  2

7) Number of months case was pending:  12

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    73,815.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
==========================================================================
 Receipts:
        Total paid by or on behalf of the debtor           $      918.21
        Less amount refunded to debtor                     $      278.21
 NET RECEIPTS                                              $      640.00
==========================================================================


==========================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan              $      565.84
        Court Costs                                        $         .00
        Trustee  Expenses and Compensation                 $       44.16
        Other                                              $         .00

 TOTAL EXPENSES OF ADMINISTRATION                          $      610.00

 Attorney fees paid and disclosed by debtor                $         .00
==========================================================================


==========================================================================
 Scheduled Creditors:

 Creditor             Claim         Claim         Claim         Principal      Int.
  Name       Class    Scheduled     Asserted      Allowed        Paid          Paid

 B-REAL LLC            UNSECURED         NA       251.00        251.00         .00       .00
 B-REAL LLC            UNSECURED         NA       188.00        188.00         .00       .00
 B-REAL LLC            UNSECURED         NA        24.00         24.00         .00       .00
 B-REAL LLC            UNSECURED         NA       207.00        207.00         .00       .00
 T-MOBILE/T-MOBILE US  UNSECURED         NA       669.18        669.18         .00       .00
 MCSI/RMI              UNSECURED     250.00     1,250.00      1,250.00         .00       .00
 AMERICREDIT FINANCIA  UNSECURED   6,504.00     6,504.62      6,504.62         .00       .00
 SPRINT NEXTEL         UNSECURED         NA       581.88        581.88         .00       .00
 CITY OF CHICAGO DEPT  UNSECURED   2,152.00     5,290.97      5,290.97         .00       .00
 CHAUNTAY COOPER       OTHER            .00           NA            NA         .00       .00
 IL STATE DISBURSEMEN  PRIORITY   10,600.00    11,693.93     11,693.93         .00       .00
 DONNA HOWARD          OTHER            .00           NA            NA         .00       .00
 IL STATE DISBURSEMEN  PRIORITY         .00           NA            NA         .00       .00
 INTERNAL REVENUE SER  PRIORITY  17,553.71    16,787.20     16,787.20         .00       .00
 ADVOCATE HEALTH CTR   UNSECURED      10.00           NA            NA         .00       .00
 ADVOCATE HEALTH CTR   UNSECURED      20.00           NA            NA         .00       .00
 ARNOLD SCOTT HARRIS   UNSECURED   3,664.97           NA            NA         .00       .00
 CHICAGO STATE UNIVER  UNSECURED     110.00           NA            NA         .00       .00
 DEGREGORIO LAUDI & A  UNSECURED   1,404.69           NA            NA         .00       .00
 EXTRA SPACE STORAGE   UNSECURED     120.00           NA            NA         .00       .00
 INTEGRITY FINANCIAL   UNSECURED     410.99           NA            NA         .00       .00
 INTERNAL REVENUE SER  UNSECURED  17,553.71     6,719.23      6,719.23         .00       .00
 MIDLAND CREDIT MANAG  UNSECURED   1,517.00     1,879.06      1,879.06         .00       .00
==========================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| TRIBUTE MASTERCARD | UNSECURED | 654.00 | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| TOTAL CARD | UNSECURED | 373.00 | 373.50 | 373.50 | .00 | .00 |
| PROGRESSIVE INSURANC | UNSECURED | 332.15 | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| CITY OF BLUE ISLAND | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| MCGRATH CLINICS | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| TRIBUTE | UNSECURED | 613.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 325.00 | 325.69 | 325.69 | .00 | .00 |
| WOW INTERNET CABLE | UNSECURED | 340.05 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | .00 | 1,610.40 | 1,610.40 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | .00 | 654.36 | 654.36 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 215.66 | 215.66 | .00 | .00 |
| CAMERON RICHARDSON | PRIORITY | 4,144.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 718.18 | 718.18 | .00 | .00 |
| ERNESTO D BORGES JR | PRIORITY | NA | .00 | 30.00 | 30.00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | 11,693.93 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 16,817.20 | 30.00 | .00 |
| **TOTAL PRIORITY:** | 28,511.13 | 30.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 27,462.73 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 610.00 |
| Disbursements to Creditors | $ | 30.00 |
| **TOTAL DISBURSEMENTS:** | $ | 640.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/19/2011                            /s/ Tom Vaughn
                                               Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**